**SEALED**

BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

FILED
OCT -4 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> VINCENT THAKUR SINGH., <br><br> Defendant. | CR. NO. 2:12-CR-0352 MCE <br><br> ORDER <br><br> **UNDER SEAL** |

The Court hereby orders that the Indictment, the Arrest Warrants, Petition to Seal, and this Order, in the above-referenced case, shall be sealed until further order of this Court.

DATED: Oct. 4, 2012

GREGORY G. HOLLOWS
HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge

1