```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW D. SEGAL
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2708
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>VINCENT THAKUR SINGH,<br><br>　　　　　Defendant. | CR. NO. 2:12-cr-0352 MCE<br><br>MOTION AND [~~PROPOSED~~]<br>ORDER TO UNSEAL INDICTMENT |

TO THE HONORABLE EDMUND F. BRENNAN, UNITED STATES MAGISTRATE JUDGE:

　　COMES NOW MATTHEW D. SEGAL, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

　　1.  On October 4, 2012, the Honorable Gregory G. Hollows issued an order sealing the Indictment in the above-referenced case until the arrest of the defendant or further order of the Court.

　　2.  Last night, October 15, 2012, police officers in Caldwell, Idaho arrested the defendant.

///

1  It is now necessary to unseal the indictment so the defendant may
2  be fully apprised of the charges against him.
3       THEREFORE, your petitioner prays that the aforesaid
4  Indictment and the Petition to Seal the Indictment, and the Order
5  sealing the Indictment be unsealed and made part of the public
6  record.

7  DATED: October 16, 2012           BENJAMIN B. WAGER
                                     United States Attorney
8
9
                                     By:/s/ Matthew D. Sega
10                                      MATTHEW D. SEGAL
                                        Assistant U.S. Attorney
11

12      The government's request to unseal the Indictment, the
13 Petition to Seal the Indictment, and the Order sealing the
14 Indictment is GRANTED.
15 **SO ORDERED.**
16 DATED: October 16, 2012           _____
                                     EDMUND F. BRENNAN
17                                   UNITED STATES MAGISTRATE JUDGE
18
19
20
21
22
23
24
25
26
27
28