BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Suite 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
VINCENT SINGH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>  Plaintiff, </br></br> v. </br></br> VINCENT SINGH, </br></br>  Defendant. | No.  CR. S-12-352 MCE </br></br> STIPULATION TO CONTINUE THE STATUS CONFERENCE FROM JANUARY 10, 2013 TO APRIL 11, 2013 AT 9:00 A.M. |

IT IS HEREBY STIPULATED AND AGREED between Vincent Singh, by and through his undersigned defense counsel, and the United States of America by and through its counsel, Assistant U.S. Attorney Matthew Segal, that the status conference presently set for January 10, 2013 should be continued to April 11, 2013 at 9:00 a.m. The reason for the continuance is that the defense is engaged in reviewing 20,000 pages of discovery and pursuing its own investigation.

Accordingly, the time between January 10, 2013 and April 11, 2013 should be excluded from the Speedy Trial calculation pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.   The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).  Mr. Segal has authorized Mr. Locke to sign this pleading for him.

1

DATED: January 7, 2013                   /S/ Bruce Locke
                                         BRUCE LOCKE
                                         Attorney for Vincent Singh


DATED: January 7, 2013                   /S/ Bruce Locke
                                         For MATTHEW SEGAL
                                         Attorney for the United States


    IT IS SO ORDERED.


Dated:  January 9, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE