DAVID M. DUDLEY, ESQ. (SBN No. 118629)
3415 South Sepulveda Blvd., Suite 320
Los Angeles, CA  90034
Tel.: (310) 772-8400
Fax.: (310) 772-8404

Attorney for Defendant Vincent Singh

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>VINCENT SINGH,<br><br>　　　　　Defendant. | Case No. 2:12-CR-00352-MCE<br><br>JOINT STIPULATION TO CONTINUE SENTENCING FROM JUNE 20, 2014 AT 9:00 A.M. TO OCTOBER 23, 2014 AT 9:00 A.M. |

　　　　IT IS HEREBY STIPULATED AND AGREED between Vincent Singh, by and through his undersigned defense counsel, and the United States of America, by and through its counsel Assistant U.S. Attorney Matthew Segal, that the sentencing presently set for June 20, 2014 at 9:00 a.m. should be continued to October 23, 2014 at 9:00 a.m. There are several reasons for this requested continuance.

　　　　First, under the plea agreement filed in this case, the parties have no stipulation as to the applicable loss amount which should apply in determining the advisory sentencing guideline base offense level pursuant to USSG section 2B1.1.  There is likely to be a substantial dispute concerning that amount and the defense needs much more time to determine what it believes to

1

be the correct loss figure.  There may also be some disagreement as to potential guideline adjustments and variances and the defendant will also need additional time to address those issues.

     Second, due to an apparent backlog of cases, the United States Probation Officer assigned to this matter, Paul Mamaril, has indicated that he would prefer to have more time to interview the defendant, review relevant documents, and prepare the Presentence Investigation Report ("PSR").

     Third, the defendant is attempting to assist the bankruptcy trustee in a related bankruptcy case as it prosecutes numerous adversarial proceedings and defense counsel is therefore having to spend significant time retrieving materials for the trustee and otherwise facilitating his client's assistance.

     Fourth, defense counsel will be heavily occupied over the some months representing the defendants in several different matters in several different jurisdictions, including *U.S. v. Haynes,* District of Alaska case number 3:13-CR-00079-RRB-007, *U.S. v. Goodman,* District of New Mexico case number 13-CR-182-MCA, and *People v. Guice,* Monterey County Superior Court case number CRSS 10225A.

     The parties expect that, absent presently unforeseeable circumstances, this postponement of sentencing will be the first and only such postponement.  Defendant Singh is presently detained.

     Therefore, the parties would request that the sentencing in this case be continued until October 23, 2014 at 9:00 a.m. with the following Presentence Investigation schedule as proposed by USPO Mamaril:

Reply or Statement of Non-Opposition to PSR: 10/16/14.

Motion for Correction of the PSR to be filed with the Court and served on the Probation Officer and opposing counsel no later than: 10/9/14.

The PSR to be filed with the Court and disclosed to counsel no later than: 10/2/14

DATED:  June 12, 2014               /s/ Matthew Segal
                                    AUSA Matthew Segal
                                    Attorney for Plaintiff United States


DATED:  June 12, 2014               /s/ David M. Dudley
                                    DAVID M. DUDLEY, Esq.
                                    Attorney for Defendant Vincent Singh


                          ORDER

IT IS SO ORDERED.

Dated: June 20, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT