DAVID M. DUDLEY, Esq.
3415 South Sepulveda Boulevard
Suite 320
Los Angeles, California 90034
Telephone:  (310) 772-8400
Facsimile:   (310) 772-8404

Attorney for Defendant
VINCENT SINGH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.  12-CR-352-MCE |
|---|---|
| Plaintiff, | ) PROPOSED ORDER |
| v. | ) |
| VINCENT THAKUR SINGH, | ) |
| Defendant. | ) |

The Request to Seal Documents (ECF No. 50) submitted by the Defendant is GRANTED.

IT SO ORDERED.

Dated:  October 28, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT