UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VINCENT THAKUR SINGH,<br><br>Defendant. | No. 2:12-CR-00352-MCE<br><br><br><br>**ORDER** |

The Court is in receipt of the Motion to Withdraw (ECF No. 56) filed by David M. Dudley counsel for Defendant Vincent Thakur Singh.  Good cause having been shown, that Motion is GRANTED and counsel is hereby relieved as Defendant's attorney of record.

IT IS SO ORDERED.

DATED: November 26, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT