IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br>VINCENT THAKUR SINGH,<br><br>　　　　Defendant. | Case №:2:12-cr-00352 MCE<br><br>**O R D E R<br>APPOINTING COUNSEL** |

　　　The defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel.

　　　OFFENSE: 18 USC § 1343

　　　CJA Panel attorney Michael Bigelow is hereby appointed for the restitution stage of this case, effective December 18, 2014, the date the Office of the Federal Defender first contacted him.

　　　**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED FINANCIAL AFFIDAVIT SUPPORTING APPOINTMENT.**

　　　IT IS SO ORDERED.

Dated:  January 5, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

ORDER APPOINTING COUNSEL　　　　1