**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Vincent Singh

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. Cr.S 12-352  MCE |
| Plaintiff ) | |
| ) | |
| vs. ) | STIPULATION TO CONTINUE |
| ) | RESTITUTION HEARING |
| VICNENT SINGH ) | |
| ) | Date:  5/21/2015 |
| ) | Time:  9:00 AM |
| Defendant ) | Court: MCE |
| ) | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

The restitution hearing presently scheduled for March 26, 2015 is to be rescheduled to May 21, 2015 and any time limit for the determination of restitution amount is to be tolled through May 21, 2015. The government and the defense continue to discuss restitution matters but as yet have not come to an agreement, mostly because of the volume and incomplete nature of the records involved.

-1-

Accordingly, the parties request the restitution hearing be scheduled for May 21, 2015.

**IT IS SO STIPULATED**

/S/ MATHEW SEGAL
Mathew G. Morris, Esq.,                    Dated: March 24, 2015,
Assistant United States Attorney
Attorney for Plaintiff

/S/MICHAEL B. BIGELOW                      Dated: March 24, 2015
Michael B. Bigelow
Attorney for Defendant
Vincent Singh

**ORDER**

**IT IS SO ORDERED.**

Dated:  March 26, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT