**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Vincent Singh

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. Cr.S 12-352   MCE |
| Plaintiff ) | |
| ) | |
| vs. ) | STIPULATION TO CONTINUE |
| ) | RESTITUTION HEARING |
| VICNENT SINGH ) | |
| ) | Date:  6/25/2015 |
| ) | Time:  9:00 AM |
| Defendant ) | Court: MCE |
| ) | |

### STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

The restitution hearing presently scheduled for May 21, 2015 is to be rescheduled to June 25, 2015 and any time limit for the determination of restitution amount is to be tolled through June 25, 2015. The government and the defense continue to discuss restitution matters and intend to meet next week. Although no agreement has yet been reached, one is anticipated in the vey near future.

-1-

Accordingly, the parties request the restitution hearing be scheduled for June 25, 2015.

**IT IS SO STIPULATED**

/S/ MATHEW SEGAL
Mathew G. Morris, Esq.,                Dated: May 19, 2015,
Assistant United States Attorney
Attorney for Plaintiff

/S/MICHAEL B. BIGELOW                  Dated: May 19, 2015
Michael B. Bigelow
Attorney for Defendant
Vincent Singh

**ORDER**

**IT IS SO ORDERED.**

**Dated:  May 26, 2015**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT