UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>VINCENT THAKUR SINGH,<br><br>            Defendant. | No.  2:12-CR-00352-MCE<br><br><br>**ORDER** |

Presently before the Court is the Government's request to fix Defendant's restitution obligation at $20,626,886.81.  ECF No. 79.  The Court, having considered the parties' papers and all evidence in the record, hereby DENIES that request without prejudice to resubmission after the termination of Defendant's bankruptcy proceedings and issuance of a Final Report.  In the interim perios, this matter is set for a status conference on Thursday, March 24, 2016.

      IT IS SO ORDERED.

Dated:  October 13, 2015

                                  _____
                              MORRISON C. ENGLAND, JR, CHIEF JUDGE
                              UNITED STATES DISTRICT COURT