BENJAMIN B. WAGNER
United States Attorney
Matthew D. Segal
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>VINCENT T. SINGH,<br><br>　　　　　　Defendants. | CASE NO. 2:12-CR-352 MCE<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE |

　　　Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Matthew D. Segal, and defendant Vincent T. Singh, by and through his counsel of record, Michael Bigelow, hereby stipulate as follows:

　　　1.　　The Court's October 14, 2015 Order (Dkt. 84) denied the Government's request for a restitution order without prejudice to resubmission after the termination of Defendant's bankruptcy proceedings and issuance of a Final Report.

　　　2.　　The Defendant's bankruptcy proceedings are still ongoing and no Final Report has issued.

　　　3.　　Therefore, the parties jointly request that the Court continue this Wednesday's status conference to May 26, 2016.

　　　4.　　In submitting this stipulation, the Government does not waive any of the arguments asserted in its August 3, 2015 Memorandum in Support of Restitution Claim. (Dkt. 79.) The

Government might ask the Court to revisit its October 14, 2015 Order (Dkt. 84) based on a possible showing of the effect of substantial further delay.

5. Any such request will be in a noticed motion and the Defendant is likely to oppose it.

IT IS SO STIPULATED.

Dated: March 21, 2016

BENJAMIN B. WAGNER
United States Attorney

/s/ Matthew D. Segal
Matthew D. Segal
Assistant United States Attorney

Dated: March 21, 2016

/s/ Michael M. Bigelow
MICHAEL M. BIGELOW
Counsel for Defendant
Vincent T. Singh

IT IS SO ORDERED.

Dated: March 29, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT