**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Vincent Singh

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. Cr.S 12-352  MCE |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | STIPULATION TO CONTINUE |
| | ) | STATUS CONFERENCE |
| VINCENT SINGH | ) | |
| | ) | Date:  6/2/2016 |
| | ) | Time:  10:00 AM |
| Defendant | ) | Court: MCE |
| | ) | |

### STIPULATION

Plaintiff, United States of America, by and through its

counsel of record, and defendant, by and through his counsel of

record, hereby stipulate as follows:

The status conference relative to Singh's restitution

hearing presently scheduled for May 26, 2016 at 9:00 AM is to be

rescheduled to June 2, 2016, at 10:00 AM, and any time limit for

the determination of restitution amount is to be tolled through

June 2, 2016 at 10::00 AM.

-1-

1   The government has recently filed a motion to enforce the

2   plea agreement, which is now scheduled to be heard on June 2,

3   2016 at 10:00 and the parties agree that the status conference

4   on the restitution hearing should be heard at that same time.

5       Accordingly, the parties request the restitution hearing be

6   scheduled for June 2, 2016 at 10:00 AM.

7

8       **IT IS SO STIPULATED**

9

10

11  /S/ MATHEW SEGAL
    Mathew G. Morris, Esq.,            Dated: May 20, 2016
    Assistant United States Attorney
12  Attorney for Plaintiff

13

14
    /S/MICHAEL B. BIGELOW             Dated: May 20, 2016
15  Michael B. Bigelow
    Attorney for Defendant
16  Vincent Singh
                              **ORDER**
17

18      **IT IS SO ORDERED.**

19  Dated:  May 23, 2016

20

21                              _____
                                MORRISON C. ENGLAND, JR
                                UNITED STATES DISTRICT JUDGE
22

23

24

25