**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Vincent Singh

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. Cr.S 12-352  MCE |
| Plaintiff ) | |
| ) | |
| vs. ) | REQUEST TO EXPAND CJA |
| ) | APPOINTMENT |
| VICNENT SINGH ) | |
| ) | |
| Defendant ) | |

**Introduction**

For the reasons which follow, undersigned requests that his appointment in the above referenced matter be expanded to include work performed in the district court on matters unrelated to either the pending restitution hearing or on appeal.

**Background**

Undersigned was initially appointed to represent defendant Singh on matters related to restitution arising from his

-1-

sentence and conviction in the above-entitled matter.

Undersigned was also appointed to represent Singh on appeal to the Ninth Circuit after he and his then counsel, Mr. Dudley, filed a notice of appeal arising from his sentence and conviction in the same matter.

According to the government, the defendant entered into a plea agreement with the government which, in exchange for certain consideration, included a waiver of appeal and an agreement that defendant would refrain from filing a notice of appeal from his sentence and conviction in the same matter. Defendant has in fact filed a notice of appeal.

In response, the government has filed a motion, presently scheduled for June 2, 2016 at 10:00 A.M., requesting that this Court find that defendant Singh is in breach of that plea agreement. Although not entirely clear, it appears the government is asking this Court to void the plea agreement.

**Reasons for Request**

As noted above, by this Court's earlier order, undersigned's CJA appointment in the district court is limited to matters related to restitution. Undersigned is also appointed pursuant to the Criminal Justice Act to represent Mr. Singh in matters on appeal from his sentence and conviction in the above referenced matter to the Ninth Circuit Court of Appeals.

Since the government's motion to find defendant in breach of his contractual agreement with the government does not appear to fall within the ambit of either representation, since it involves neither the amount of restitution owed by defendant, nor the issues raised on appeal, but rather involved matters involving only substantive contract law, it seems prudent that undersigned request appointment to represent defendant Singh in all matters brought before this Court in Case Number Cr.S 12-352 MCE.

Accordingly, that request is now made.

/S/MICHAEL B. BIGELOW            Dated: May 25, 2016
Michael B. Bigelow
Attorney for Defendant
Vincent Singh

**ORDER**

**IT IS SO ORDERED.**

**Dated:  June 1, 2016**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE