**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Vincent Singh

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. Cr.S 12-352  MCE |
| Plaintiff ) | |
| ) | |
| vs. ) | STIPULATION TO CONTINUE |
| ) | RESTITUTION HEARING AND |
| VICNENT SINGH ) | GOVERNMENT MOTION |
| ) | |
| ) | Date: 7/7/2016 |
| Defendant ) | Time: 9:00 AM |
| ) | Court: MCE |

**STIPULATION**

   Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

   The restitution hearing and government motion to find breach presently scheduled for June 2, 2016 is to be rescheduled to July 7, 20216, and any time limit for the determination of restitution amount is to be tolled through July 7, 2016. The government and the defense continue to discuss restitution

-1-

matters but as yet have not come to an agreement, mostly because of the volume and incomplete nature of the records involved. Accordingly, the parties request the restitution hearing be scheduled for July 7, 2016.

In addition efforts will be made to bring defendant Singh to the Eastern District in order that he may be present for the governments motion.

**IT IS SO STIPULATED**

/S/ MATHEW SEGAL
Mathew G. Morris, Esq.,            Dated: June 1, 2016,
Assistant United States Attorney
Attorney for Plaintiff

/S/MICHAEL B. BIGELOW              Dated: June 1, 2016
Michael B. Bigelow
Attorney for Defendant
Vincent Singh

**Dated:  June 8, 2016**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER

Pursuant to the parties' agreement to continue the above-referenced hearing (ECF Nos. 95-96), and the Government Motion having been withdrawn (ECF No. 98),[1] the hearing on that Motion ECF No. 89) is VACATED, and the restitution hearing is VACATED and CONTINUED to July 7, 2016, at 10:00 a.m.  All applicable time limits attributable to the determination of restitution are hereby tolled up to and including that date as well.

IT **IS SO ORDERED.**

---

[1] The Court is cognizant that the parties agree only as to the terms of the continuance, not as to the reasons set forth in the above stipulation. Regardless of the parties' exact positions, the Court finds good cause exists to justify continuing the matter.