PHILLIP A. TALBERT
Acting United States Attorney
MATTHEW D. SEGAL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-352 MCE |
|---|---|
| Plaintiff, | |
| v. | INTERIM ORDER REGARDING RESTITUTION |
| VINCENT SINGH, | |
| Defendant. | |

     Defendant was sentenced on October 30, 2014.  ECF No. 55.  Restitution proceedings have been stayed pending the issuance of a final report from the bankruptcy court.  ECF No. 84.  Defendant has not provided financial information to the Probation Office since before his sentencing.

     Defendant shall notify the Court and the Government whether there has been any material change in Defendant's economic circumstances since he last provided financial information to the Probation Office.  Defendant shall also notify the Court and the Government of any future change in Defendant's economic circumstances that might affect his ability to pay restitution.  <u>See</u> 18 U.S.C. § 3664(k).

///

///

///

///

INTERIM ORDER RE RESTITUTION         1

If Defendant possesses at this time resources that were not disclosed to the Probation Officer, or if he receives in the future substantial resources from any source, including inheritance, settlement, or other judgment, during a period of incarceration, Defendant shall deposit those funds with the Clerk of the Court pending the entry of a restitution order. See 18 U.S.C.A. § 3664(n).

IT IS SO ORDERED.

Dated: July 29, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE