**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Vincent Singh

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. Cr.S 12-352   MCE |
| Plaintiff ) | |
| ) | AMENDED |
| vs. ) | STIPULATION TO CONTINUE |
| ) | STATUS CONFERENCE |
| VICNENT SINGH ) | |
| ) | Date: 1/4/2018 |
| ) | Time: 9:00 AM |
| Defendant ) | Court: MCE |
| ) | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

The status conference presently scheduled for November 30, 2017 is to be rescheduled to January 4, 2019 and any time limit for the determination of restitution amount is to be tolled through January 4, 2018. The government and the defense continue to discuss restitution matters but as yet have not come to an agreement, mostly because of the volume and incomplete nature of the records involved. Defendant's paralegal is working on a

-1-

summation to share with the Court and the Government, as set forth in defendant's status report of August 30, 2017 (Dkt. No. 106) but has yet to complete the task. It should be completed and disseminated by January 4, 2018. Accordingly, the parties request the restitution hearing be scheduled for January 4, 2018.

**IT IS SO STIPULATED**

/S/ MATHEW SEGAL
Mathew G. Segal, Esq.,   Dated: November 29, 2017,
Assistant United States Attorney
Attorney for Plaintiff

/S/MICHAEL B. BIGELOW   Dated: November 29, 2017
Michael B. Bigelow
Attorney for Defendant
Vincent Singh

**ORDER**

IT **IS SO ORDERED.**

Dated: November 30, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE