**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Vincent Singh

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. Cr.S 12-352   MCE |
| Plaintiff ) | |
| ) | STIPULATION TO CONTINUE |
| vs. ) | STATUS CONFERENCE |
| ) | |
| VICNENT SINGH ) | Date: 3/8/2018 |
| ) | Time:  10:00 AM |
| ) | Court: MCE |
| Defendant ) | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

The status conference presently scheduled for January 4, 2018 is to be rescheduled to March 8, 2018 and any time limit for the determination of restitution amount is to be tolled through March 8, 2018. The government and the defense continue to discuss restitution matters and undersigned has just provided the government with approximately 400 pages of documents, schedules and a detailed spreadsheet and explanation. The

-1-

government will need some time to review and analyze the material, after which the parties will discuss the restitutions issues and possible resolution. Accordingly, the parties request the restitution hearing be scheduled for March 8, 2018.

**IT IS SO STIPULATED**

/S/ MATHEW SEGAL
Mathew G. Segal, Esq.,                    Dated: December 29, 2017,
Assistant United States Attorney
Attorney for Plaintiff

/S/MICHAEL B. BIGELOW                     Dated: December 29, 2017
Michael B. Bigelow
Attorney for Defendant
Vincent Singh

ORDER

IT IS SO ORDERED.

Dated: January 3, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE