**MICHAEL B. BIGELOW**
Attorney at Law - SBN 65211
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Vincent Singh

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>VICNENT SINGH )<br>)<br>Defendant )<br>_____ ) | No. Cr.S 12-352 MCE<br><br>REQUEST TO EXPAND CJA APPOINTMENT |

**Introduction**

Undersigned was initially appointed to represent defendant Singh on matters related to restitution arising from his sentence and conviction in the above-entitled matter. Undersigned's CJA appointment was later expanded to represent Singh on matters related to the government's motion to find defendant in breach of his contractual agreement as set forth in the plea agreement. Doc. 97.

Undersigned was also appointed to represent Singh on appeal to the Ninth Circuit after he and his then counsel, Mr. Dudley, filed a notice of appeal arising from his sentence and conviction in this same matter.

Singh's appeal has been affirmed and on November 28, 2016 the United States Supreme Court denied his petition for writ of certiorari. The government's motion for breach of the plea agreement has been withdrawn. Doc. 98.

Matters relating to restitution remain pending, but are winding down, at least to some extent. Singh has recently provided an extensive number of documents and a detailed summary to AUSA Segal and the restitution matter is presently set for a status conference on March 8, 2018.

**Reasons for Request**

As noted above, by this Court's earlier order, undersigned's CJA appointment in the district court has been limited to matters related to restitution and matters related to the government's motion for breach of the plea agreement.

On November 30, 2017, Singh's motion pursuant to 18 U.S.C. § 2255, and request for appointment of counsel was filed in this Court. Doc. 112.

On December 5, 2017, this Court, by minute order, refereed Singh's motions, Doc. 112, to undersigned for review.

Thereafter, undersigned discussed the matter with the CJA

Panel Administrator who indicated that, in the event this Court elected to appoint counsel, undersigned would be designated to represent Singh on his § 2255 motion under the Criminal Justice Act.

The CJA Panel Administrator also indicated that it would be necessary to obtain a formal expansion of undersigned's CJA appointment to include representation on Singh's § 2255 habeas matter.

Accordingly, in the event this Court elects to appoint counsel on Singh's § 2255 matter, and, in addition elects to appoint undersigned counsel, undersigned (and the CJA Panel Administrator) request that undersigned's current CJA appointment be expanded to include representation of Singh on his 18 U.S.C. § 2255 Motion, Doc. 112, filed November 30, 2017.

/S/MICHAEL B. BIGELOW  Dated: January 3, 2018
Michael B. Bigelow
Attorney for Defendant
Vincent Singh

**ORDER**

It is hereby ordered that Movant Vincent Singh's November 30, 2017 motion for appointment of counsel to represent him on his § 2255 Motion, Doc. 112, is granted; CJA Panel Attorney Michael B. Bigelow is hereby appointed and his current CJA appointment is expanded to include work done on behalf of Mr. Singh on his § 2255 Motion.

IT IS SO ORDERED.

Dated: January 4, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-4-