**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Vincent Singh

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    Plaintiff    )<br>)<br>    vs.    )<br>)<br>VICNENT SINGH )<br>)<br>)<br>    Defendant    )<br>_____) | No. Cr.S 12-352   MCE<br><br>STIPULATION TO CONTINUE STATUS |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

This matter is currently scheduled for status conference on March 8, 2018.  The government and the defense continue to discuss restitution matters but as yet have not come to an agreement, mostly because of the volume and incomplete nature of the records involved. Undersigned has provided a number of

-1-

documents and a summary of those documents to the government, and the government is in the process of reviewing them. Accordingly, the parties request the status conference on restitution matters be scheduled for April 26, 2018.

**IT IS SO STIPULATED**

/S/ MATHEW SEGAL
Mathew G. Segal, Esq.,                     Dated: March 6, 2018,
Assistant United States Attorney
Attorney for Plaintiff

/S/MICHAEL B. BIGELOW                      Dated: March 6, 2018
Michael B. Bigelow
Attorney for Defendant
Vincent Singh

**ORDER**

IT IS SO ORDERED.

Dated: March 13, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE