Gene D. Vorobyov, Attorney at Law
California Bar # 200193
450 Taraval Street, # 112
San Francisco, CA 94116
(415) 425-2693
gene.law@gmail.com

Attorney for Appellant
VINCENT THAKUR SINGH

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-cr-00352-MCE |
| Plaintiff/Appellee, | SUBSTITUTION OF COUNSEL ORDER |
| v. | [9th Circuit Case No. 18-10312] |
| VINCENT THAKUR SINGH, | |
| Defendant/Appellant. | |

Trial counsel Michael Bigelow is hereby relieved and attorney Gene D.

Vorobyov is appointed pursuant to the Criminal Justice Act solely for the

purposes of appeal to the Ninth Circuit Court of Appeals.[1]  This order is made

---

[1] This proposed order does not affect Mr. Bigelow's continuing representation of Mr. Singh in connection with his motion under 28 U.S.C. § 2255.  CR 118.

nunc pro tunc to August 17, 2018.

The Court has been advised that the reason for this substitution is because Mr. Bigelow, the current counsel, is not available to do the appeal. Mr. Vorobyov is a member of the Eastern District's CJA appellate panel and indicated that he received the proposed appointment from the Federal Defender's Office.

IT IS SO ORDERED.

Dated: August 28, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE