# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | FIRST AMENDED JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | Case Number: **2:12CR00352-1** |
| **VINCENT THAKUR SINGH** | Defendant's Attorney: David Dudley, Retained |

**Date of Original Judgment:**   October 30, 2014
(Or Date of Last Amended Judgment)

**Reason for Amendment:**

[ ] Correction of Sentence on Remand ( 18 U.S.C. 3742(f)(1) and (2))
[ ] Reduction of Sentence for Changed Circumstances (Fed R. Crim. P. 35(b))
[ ] Correction of Sentence by Sentencing Court (Fed R. Crim. P. 35(a))
[ ] Correction of Sentence for Clerical Mistake (Fed R. Crim. P. 36)

[ ] Modification of Supervision Conditions (18 U.S.C. § 3563(c) or 3583(e))
[ ] Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))
[ ] Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))
[✓] Direct Motion to District Court Pursuant to [ ] 28 U.S.C. §2255, [ ] 18 U.S.C. §3559(c)(7), [✓] Modification of Restitution Order

**THE DEFENDANT:**

[✓] pleaded guilty to counts   15 and 23   of the Indictment.
[ ] pleaded nolo contendere to count(s) ___ , which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 1343 | Wire Fraud (Class C Felony) | 12/17/2009 | 15 |
| 18 U.S.C. § 152(3) | False Statement in Bankruptcy (Class D Felony) | 09/28/2010 | 23 |

   The defendant is sentenced as provided in pages 2 through   13   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___ .
[✓] Counts   1 - 14, 16 - 22, and 24   are dismissed on the motion of the United States.
[ ] Indictment is to be dismissed by District Court on motion of the United States.
[✓] Appeal rights given.          [✓] Appeal rights waived.

   IT IS FURTHER ORDERED that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

10/30/2014
Date of Imposition of Judgment

*[signature]*

Signature of Judicial Officer
**Morrison C. England, Jr.**, United States District Judge
Name & Title of Judicial Officer

5/15/2019
Date

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of: 188 months on Count 15, and 60 months on Count 23, to be served concurrently for a total term of 188 months.

- [ ] No TSR: Defendant shall cooperate in the collection of DNA.

- [✓] The court makes the following recommendations to the Bureau of Prisons:
  The court recommends that the defendant be incarcerated in a Northern California facility, but only insofar as this accords with security classification and space availability.

- [✓] The defendant is remanded to the custody of the United States Marshal.

- [ ] The defendant shall surrender to the United States Marshal for this district
    - [ ] at ___ on ___.
    - [ ] as notified by the United States Marshal.

- [ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    - [ ] before ___ on ___.
    - [ ] as notified by the United States Marshal.
    - [ ] as notified by the Probation or Pretrial Services Officer.

  If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
United States Marshal

_____
By Deputy United States Marshal

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :
<u>36 months on count 15 and 36 months on Count 23, to be served concurrently for a total term of 36 months</u>.

The defendant must report to the probation office in the district to which the defendant is released within seventy-two hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two (2) periodic drug tests thereafter, not to exceed four (4) drug tests per month.

- [✓] The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

- [✓] The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

- [✓] The defendant shall cooperate in the collection of DNA as directed by the probation officer.

- [ ] The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et seq.), as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of qualifying offense.

- [ ] The defendant shall participate in an approved program for domestic violence.

If this judgment imposes a fine or a restitution obligation, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the Court or the probation officer.
4. You must answer truthfully the questions asked by the probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment, you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person, such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the Court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____ Date _____

# SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall submit to the search of his person, property, home, and vehicle by a United States probation officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

2. The defendant shall not dispose of or otherwise dissipate any of his assets until the fine and/or restitution ordered by this Judgment is paid in full, unless the defendant obtains approval of the Court or the probation officer.

3. The defendant shall provide the probation officer with access to any requested financial information.

4. The defendant shall not open additional lines of credit without the approval of the probation officer.

5. The defendant shall not participate in gambling activities of any kind or enter any establishment where gambling occurs.

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $200.00 | $0.00 | $20,626,886.81 |

[ ] The determination of restitution is deferred until ___ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

[✓] The Court orders the defendant to pay restitution to the victim as outlined in the Restitution Attachment on Sheet 5B.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

[ ] Restitution amount ordered pursuant to plea agreement $ ___

[ ] The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[ ] The court determined that the defendant does not have the ability to pay interest and it is ordered that:

[ ] The interest requirement is waived for the   [ ] fine   [ ] restitution

[ ] The interest requirement for the   [ ] fine   [ ] restitution is modified as follows:

[ ] If incarcerated, payment of the fine is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.

[✓] If incarcerated, payment of the restitution is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

RESTITUTION PAYMENTS

Restitution of $20,626,886.81 to:

A PRASAD  
MODESTO, CA 95350  
$13,000.00

ABINESH MISHRA  
PALO ALTO, CA 94303  
$66,000.00

AJAIEY SHARMA & JIWAN JOTI  
MILPITAS, CA 95035-3933  
$104,500.00

AJAY PRASAD  
MODESTO, CA 95357  
$40,000.00

AJAY RAM  
ORANGE PARK, FL 32065  
$156,000.00

AJESH SINGH  
LAS VEGAS, NV 89117  
$27,000.00

AJNEAL RAJ  
MODESTO, CA 95354  
$7,000.00

AMAN MAHABIR  
ELK GROVE, CA 95757  
$60,625.00

AMAR SINGH  
SACRAMENTO, CA 95858  
$11,000.00

AMIT KUMAR WASSON  
FREMONT, CA 94539  
$20,000.00

AMY LING ZHOU  
SUNNYVALE, CA 94087  
$44,200.00

ANAND PRASAD  
ELK GROVE, CA 95757  
$57,000.00

ANANT NARAYAN MISHRA  
STOCKTON, CA 95212  
$65,000.00

ANMOL ANANT MISHRA  
STOCKTON, CA 95212  
$7,000.00

ANN THACK  
SAN JOSE, CA 95133  
$141,000.00

ARBIND PRASAD  
BELLINGHAM, WA 98226  
$25,000.00

ARTI LAL  
HAYWARD, CA 94544  
$7,000.00

ARVEEN AVINESH NANDAN  
VANCOUVER, WA 65823  
$11,000.00

ASHA LATA KUMAR  
HAYWARD, CA 94544  
$30,000.00

ASHISH MAHARAJ  
HAYWARD, CA 94541  
$220,000.00

ASHOK KUMAR  
MODESTO, CA 95357  
$40,000.00

ASHWLYN SINGH  
ELK GROVE, CA 95758  
$20,000.00

ASLAM SHAIKH  
S. SAN FRANCISCO, CA 94080  
$241,000.00

ASWEN & REENA SHARMA  
STOCKTON, CA 95212  
$80,000.00

ATISH DAYAL  
ANTIOCH, CA 94509  
$33,000.00

BAL MAKUND  
SAN JOSE, CA 95119  
$300,000.00

BALJIT BAL  
ELK GROVE, CA 95757  
$66,000.00

BIJMA LAL  
ELK GROVE, CA 95624  
$5,500.00

BINNU  
MODESTO, CA 95354  
$8,000.00

BIRENDRA SINGH  
SACRAMENTO, CA 95838  
$65,000.00

BRIJ M LAL  
HAYWARD, CA 94545  
$12,000.00

CAMERON KUMAR  
GALT, CA 94632  
$6,500.00

CHAIN AND ASHNEET SINGH  
SACRAMENTO, CA 95843  
$56,160.00

CHAND LAL  
ELK GROVE, CA 95624  
$35,000.00

CHANDRIKA PRASAD & ASHNA PRASAD  
SACRAMENTO, CA 95829  
$30,000.00

CLARA GONZALES & SANDRA SAUCEDO  
HAYWARD, CA 94545  
$20,000.00

DANIEL RAMA  
DALY CITY, CA 94015  
$30,000.00

DAVID CHARAN  
SACRAMENTO, CA 95691  
$56,800.00

DAYA RAM CHANDAR  
SACRAMENTO, CA 95828  
$550,000.00

DEBRA DASS  
ORANGEVALE, CA 95662  
$13,000.00

DEO RAJ OR SARAS WATI  
ELK GROVE, CA 95624  
$20,000.00

DINESH KUMAR  
SACRAMENTO, CA 95823  
$20,000.00

DIP CHAND  
SANTA CLARA, CA 95051  
$227,775.00

DONOVAN RAMENDRA MAKUND  
SAN JOSE, CA 95119  
$1,000,000.00

DOUGLAS THOMSON  
SANTA CRUZ, CA 95065  
$70,000.00

EDWIN DASS  
ELK GROVE, CA 95624  
$65,000.00

ELIZABETH SINGH  
SAN BRUNO, CA 94066  
$260,000.00

FRANCIS AND AGANESHWAR LAL  
ELK GROVE, CA 95624  
$55,000.00

FULBANI CHAND  
SACRAMENTO, CA 95823  
$55,000.00

GEORGE XIAO HONG  
ROCKLIN, CA 95765  
$68,000.00

GUNSHEKAR CEMBALLI  
SAN JOSE, CA 95121  
$32,500.00

HARBANS PANCAR  
FREMONT, CA 94539  
$130,500.00

HARI CHAND  
LOS ANGELES, CA 90034  
$20,000.00

HARMIT SINGH  
SACRAMENTO, CA 95823  
$5,000.00

IRFAEN PATEL  
FONTANA, CA 92336-3189  
$147,308.00

J. SINGH

$210,000.00

JADESH KUMAR LAL  
REDWOOD CITY, CA 94061  
$205,600.00

JAG MOHAN SINGH  
SACRAMENTO, CA 95822  
$10,000.00

JAI HIND RAMAYAN MANDALI  
HAYWARD, CA 94544  
$100,000.00

JAIN PRASAD  
SACRAMENTO, CA 95823  
$77,000.00

JAMES BASANT SINGH  
PACIFICA, CA 94044  
$264,000.00

JASON SNOWDERGRABS  
GALT, CA 95623  
$79,200.00

JATINDER PANCAR  
FREMONT, CA 94539  
$307,500.00

JESSICA PAL  
ELK GROVE, CA 94758  
$9,000.00

JIA LAL  
S SAN FRANCISCO, CA 94080  
$115,000.00

JIMMY RATTAN NAHDU  
STOCKTON, CA 95210  
$10,000.00

JIT SINGH
SACRAMENTO, CA 95822
$10,000.00

JITENDRA SINGH
SAN JOSE, CA 95148
$10,000.00

JOSEPH HARIGAYAN
REDWOOD CITY, CA 94063
$70,000.00

JWALA SHARMA
SACRAMENTO, CA 95605
$15,000.00

JYOTI KUMAR
HAYWARD, CA 94542
$45,000.00

KANIAPPRAN NAID NAIDU
STOCKTON, CA 95210
$10,000.00

KANWAL TOOR
ELK GROVE, CA 95624
$15,000.00

KAREN SINGH
LAS VEGAS, NV 89117
$35,000.00

KESHWAR & SAVITA SINGH
MODESTO, CA 95350
$45,000.00

KIMI THOMSON
ELK GROVE, CA 95757
$46,350.00

KISHORE NAND
SACRAMENTO, CA 95828
$42,000.00

KISHORE PRASAD
HAYWARD, CA 94545
$162,000.00

KOSHMICK KUMAR
GALT, CA 95632
$26,000.00

KUWAN LATA
HAYWARD, CA 94544
$15,000.00

LALITA LAL
SACRAMENTO, CA 95822
$75,000.00

LATCHMI MAHARAJ
HAYWARD, CA 94541
$18,000.00

LAW OFFICE OF DANNING & JIANG-ZHIBO WANT
SAN JOSE, CA 95113
$445,000.00

LAZARUS FRANCIS
DALY CITY, CA 94015
$30,000.00

MAHENDRA PRASAD
FREMONT, CA 94536
$14,600.00

MAHENDRA PRASAD
MODESTO, CA 95354
$126,000.00

MANOJ KUMAR
GALT, CA 94632
$237,271.91

MEKENON BUZUAYENG
SAN JOSE, CA 95118
$185,000.00

MICHAEL CHANDRA
CERES, CA 95307
$10,000.00

MICHAEL CHANDRA, SR.

$10,000.00

MICHAEL S. & ASHW SINGH
S. SAN FRANCISCO, CA 94080
$143,940.00

MICHELLE PRASAD
MODESTO, CA 95355
$35,000.00

MUKESH NARAYAN
SACRAMENTO, CA 95828
$36,000.00

MUNI NAADAN
MODESTO, CA 95355
$20,000.00

MUNI PADARATH
ELK GROVE, CA 95758
$5,000.00

MUNIANNA REDDY
HAYWARD, CA 94544
$42,000.00

MUNIAP REDDY
ELK GROVE, CA 95624
$44,000.00

MUNSAMI GOUNDER
SACRAMENTO, CA 95289
$20,000.00

NAVIN NARAYAN

$55,000.00

P CHAND SHARMA
MODESTO, CA 95355
$35,000.00

AO 245B-CAED (Rev. 02/2018) Sheet 5B - Criminal Monetary Penalties
DEFENDANT: **VINCENT THAKUR SINGH**
CASE NUMBER: **2:12CR00352-1**

Page 10 of 13

PADARATH BISSESSAR
SOUTH SAN FRANCISCO, CA 94080
$840,000.00

PANKAJ PANDEY
FREMONT, CA 94536
$44,000.00

PARMA NAND SINGH
RENTON, WA 98055
$150,000.00

PARMILLA PRASAD
SACRAMENTO, CA 95823
$95,961.90

PARNISH NAND
SACRAMENTO, CA 95828
$16,500.00

PARVIN CHAND PRASAD
BRENTWOOD, CA 94513
$318,000.00

PING ZOU
SAN JOSE, CA 95148
$36,350.00

PREM SINGH
SACRAMENTO, CA 95823
$200,000.00

RABISHAKIKAR KULSHI
SAN RAMON, CA 94582
$220,000.00

RAJ & LALIT CHAND
MODESTO, CA 95357
$250,000.00

RAJENDRA KUMAR
STOCKTON, CA 95206
$133,340.00

RAJENDRA SINGH
SACRAMENTO, CA 95823
$40,000.00

RAJESH NARAYAN
MODESTO, CA 95354
$272,000.00

RAJESHWAR NAIDU
STOCKTON, CA 95209
$43,400.00

RAJWINDER BAATH
FREMONT, CA 94539
$45,500.00

RAKESH & SHOBNNA NARAYAN
YUBA CITY, CA 95993
$33,000.00

RAKESH JOHN NARAYAN
MODESTO, CA 95354
$5,000.00

RAM NARESH
ELK GROVE, CA 95757
$116,680.00

RAVIN PRAKASH
HAYWARD, CA 94544
$125,000.00

RAVINA PRAKASH
HAYWARD, CA 94544
$10,000.00

RIGOBERTO TORRES
SAN JOSE, CA 95148
$43,500.00

RITA RADHAMANI REDDY

$216,000.00

RITEBHNI SINGH
KENT, WA 98030
$10,000.00

RITESHNI SINGH
KENT, WA 98030
$12,000.00

S. PRASAD

$10,000.00

SAM LAL
SACRAMENTO, CA 95822
$220,000.00

SANIL LATA KUMAR
SACRAMENTO, CA 95823
$40,000.00

SANJESH D SINGH
SACRAMENTO, CA 95858
$12,000.00

SANJEV SINGH
HAYWARD, CA 94544
$25,000.00

SANJIV & RAJIV JAMLAR
FREMONT, CA 94539
$150,000.00

SARIA DEO
SAN BRUNO, CA 94066
$237,000.00

SAROJ K CHANDRA
ELK GROVE, CA 95758
$150,000.00

SAROJNI KUMAR
HAYWARD, CA 94545
$70,000.00

SAT NARAYAN
HAYWARD, CA 94544
$236,000.00

SATYA & JESSICA PRASAD
MODESTO, CA 95354
$688,125.00

SATYA BISESSAR
HAYWARD, CA 94541
$40,000.00

SAVITRI REDDY
ELK GROVE, CA 95624
$10,000.00

SHAILENDRA NARAYAN SHARMA
NEWARK, CA 94560
$332,000.00

SHAMMI RAM
MODESTO, CA 95355
$12,100.00

SHANTI PRASAD
MODESTO, CA 95355
$55,000.00

SHARON BELOLI
FREMONT, CA 94539
$20,000.00

SHASHI DHARAN
ELK GROVE, CA 95624
$210,000.00

SHASHI PRAKASH
HAYWARD, CA 94544
$46,000.00

SHATRUGHAN K GOSAI
HAYWARD, CA 94544
$20,500.00

SHIO PROSAD
OAKDALE, CA 95361
$168,600.00

SHOBA SINGH
ELK GROVE, CA 95757
$30,000.00

SNEH AND ANIRUDH PRASAD
HAYWARD, CA 94544
$250,000.00

SNETH SEN
SACRAMENTO, CA 95829
$252,000.00

SONNY AND AMLA STEELE
S. SAN FRANCISCO, CA 94080
$622,000.00

STEVE LNU
GALT, CA 95632
$8,052.55

SUBAR MANI
FRENCH CAMP, CA 95231
$75,000.00

SUCHMITA SINGH
FREMONT, CA 94538
$30,000.00

SUDHA RAMAN
ELK GROVE, CA 95758
$55,000.00

SUDHIRRENDRA KUMAR
MODESTO, CA 95354
$90,000.00

SUMAN CHAND
SANTA CLARA, CA 95051
$160,000.00

SUNILA PRASAD
ELK GROVE, CA 95758-5895
$63,800.00

SUNILA PRASAD
ELK GROVE, CA 95624
$30,141.00

SUNITA DILBECK
SAN MATEO, CA 94413
$88,000.00

SURAJ NARAYAN
NEWARK, CA 94560
$60,000.00

SURINDER ATHWAL
SAN MATEO, CA 94413
$420,500.00

SUSHIL CHAND
SACRAMENTO, CA 95829
$140,000.00

SUSHIL PRASAD
CERES, CA 95307
$275,500.00

SUSHILA PAL
ELK GROVE, CA 95758
$5,000.00

SUSHILA PRASAD
FREMONT, CA 94536
$63,106.45

SUSMA SINGH
SACRAMENTO, CA 95823
$55,000.00

SUZIE MAHARAJ
HAYWARD, CA 94541
$35,000.00

SWADESH CHANDRA
BRENTWOOD, CA 94513
$30,000.00

TERESA CHEN
SAN JOSE, CA 95135
$25,600.00

UMA SINGH
WEST SACRAMENTO, CA 95691
$44,000.00

UNKNOWN

$10,000.00

URMILLA PRASAD
ELK GROVE, CA 95758
$209,400.00

USHA KUMARI
MODESTO, CA 95354
$61,000.00

USHA SINGH
ELK GROVE, CA 95624
$150,000.00

VIGHYAN PRATAP
SAN LEANDRO, CA 94578
$1,001,000.00

VIJAY RAM
MODESTO, CA 95355
$320,000.00

VIMLESH ROHIT PRASAD
HAYWARD, CA 94541
$60,000.00

VINESH CHAND
SACRAMENTO, CA 95829
$600,000.00

VINOD PRASAD
RENTON, WA 98055
$208,400.00

VINOD PRASOD
CASTRO VALLEY, CA 94546
$205,000.00

VIRENDER KUMAR
PALO ALTO, CA 94303
$205,000.00

VIVASHAN PRANESH RAM
HAYWARD, CA 94545
$40,000.00

XIAOYAN WU
PALO ALTO, CA 94306
$110,000.00

YOGESH KUMAR
HAYWARD, CA 94544
$10,000.00

Z PATEL
S SANFRANCISCO, CA 94080
$13,000.00

ZAJING "JANE" CHEN
SAN JOSE, CA 95148
$11,000.00

AO 245B-CAED (Rev. 02/2018) Sheet 6 - Schedule of Payments
DEFENDANT: **VINCENT THAKUR SINGH**
CASE NUMBER: **2:12CR00352-1**

Page 13 of 13

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A. [ ] Lump sum payment of $ ⎯ due immediately, balance due

    [ ] Not later than ⎯, or

    [ ] in accordance    [ ] C,    [ ] D,    [ ] E, or    [ ] F below; or

B. [✓] Payment to begin immediately (may be combined with    [ ] C,    [ ] D,  or [ ] F below); or

C. [ ] Payment in equal ⎯ *(e.g. weekly, monthly, quarterly)* installments of $ ⎯ over a period of ⎯ *(e.g. months or years)*, to commence ⎯ *(e.g. 30 or 60 days)* after the date of this judgment; or

D. [ ] Payment in equal ⎯ *(e.g. weekly, monthly, quarterly)* installments of $ ⎯ over a period of ⎯ *(e.g. months or years)*, to commence ⎯ *(e.g. 30 or 60 days)* after release from imprisonment to a term of supervision; or

E. [ ] Payment during the term of supervised release/probation will commence within ⎯ *(e.g. 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendants ability to pay at that time; or

F. [ ] Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ] The defendant shall pay the cost of prosecution.

[ ] The defendant shall pay the following court cost(s):

[ ] The defendant shall forfeit the defendant's interest in the following property to the United States: The Preliminary Order of Forfeiture is hereby made final as to this defendant and shall be incorporated into the Judgment.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.