UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>VINCENT THAKUR SINGH,<br><br>Movant. | No. 2:12-cr-0352 TLN DB 1<br><br><br><br>ORDER |

    Movant, a federal prisoner proceeding through counsel with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. (ECF No. 112.) He alleges he received ineffective assistance of counsel in violation of his rights under the Sixth Amendment. Presently before the court is the parties' stipulation to modify the briefing schedule. Good cause appearing the court will adopt the parties' stipulation.

////

////

////

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that the revised briefing schedule is as follows:

1. The government's response to movant's § 2255 motion shall be filed on or before April 15, 2022; and

2. Movant's reply to the government's response, if any, shall be filed on or before May 16, 2022.

Dated: February 16, 2022

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Habeas/sing0352.stip