UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>VINCENT THAKUR SINGH,<br><br>Movant. | No. 2:12-cr-0352 TLN DB<br><br><br><br>ORDER |

Movant, a federal prisoner proceeding through counsel with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. (ECF No. 112.) He alleges he received ineffective assistance of counsel in violation of his rights under the Sixth Amendment. Presently before the court is the parties' stipulation or voluntary dismissal of movant's § 2255 motion. (ECF No. 183.)

Under Rule 12 of the Rules Governing § 2255 Proceedings in the United States District Courts, the Court applies the Federal Rules of Civil Procedure to this action, to the extent it not inconsistent with the § 2255 rules or any statutory provision. A party may seek to voluntarily dismiss their case with the court's permission after the defendant has answered or filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 41. Dismissal under Rule 41 should be granted "unless a defendant can show that it will suffer some plain legal prejudice as a result." Smith v. Lenches, 263 F.3d 972, 975 (9th Cir. 2001) (citing Waller v. Fin. Corp. of Am.,

1

828 F.2d 579, 583 (9th Cir. 1987)).  Respondent has signed the stipulated request for dismissal and thus, has no opposition to dismissal.  Accordingly, the court will adopt the parties' stipulation and dismiss movant's § 2255 motion.

For the reasons set forth above, IT IS HEREBY ORDERED that movant's motion to vacate, set aside, or correct his sentence pursuant to § 2255 (ECF No. 112) is dismissed.  The Clerk of the Court is directed to close the companion civil case, No. 2:18-cv-1049 MCE DB.

Dated:  October 7, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Habeas/R/sing0352.stip.dism

2