PHILLIP A. TALBERT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00352-TLN-DB |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| VINCENT THAKUR SINGH, | |
| Defendant. | |

On February 24, 2023, the Government requested an extension of time to file its response to Defendant's *pro se* motion for reconsideration of the denial of compassionate release. Docket No. 188.

IT IS HEREBY ORDERED, that Government's response is now due March 16, 2023.

Dated: February 24, 2023

_____
Troy L. Nunley
United States District Judge