PHILLIP A. TALBERT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VINCENT THAKUR SINGH,<br><br>Defendant. | CASE NO. 2:12-CR-00352-TLN-AB<br><br>ORDER |

On March 16, 2023, the Government requested an extension of time to file its response to Defendant's *pro se* motion for reconsideration of the denial of compassionate release. Docket No. 188.

IT IS HEREBY ORDERED, that Government's response is now due March 23, 2023.

Dated: March 17, 2023

_____
Troy L. Nunley
United States District Judge

ORDER FOR EXTENSION OF TIME                                          1