PHILLIP A. TALBERT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VINCENT THAKUR SINGH,<br><br>Defendant. | CASE NO. 2:12-CR-00352-TLN<br><br>**ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME** |

On October 8, 2024 the Government requested an extension of time to November 6, 2024, to file its response or opposition to defendant's *pro se* motion for relief (Docket No. 201).

IT IS HEREBY **ORDERED** that the Government's request for an extension is granted. The Government's response is now due November 6, 2024.

Dated: October 8, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

1